1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8  JEFFRIES Q. BUTTS,

9                    Plaintiff,          Case No. C25-1669-JCC

10         v.                            ORDER

11  STATE OF MISSISSIPPI, *et al.*,

12                    Defendants.

13

14      Plaintiff has filed an application to proceed *in forma pauperis* ("IFP") in the

15  above-entitled action. (Dkt. # 1-1.) Plaintiff does not appear to have funds available to afford the

16  $405.00 filing fee. Accordingly, Plaintiff's application to proceed IFP (dkt. # 1-1) is GRANTED.

17  Plaintiff shall note that leave to proceed as a pauper does not necessarily entitle Plaintiff to a

18  waiver of any other cost(s) of litigation.

19      The Clerk is directed to send copies of this Order to Plaintiff and to the Honorable John

20  C. Coughenour.

21      Dated this 5th day of September, 2025.

22

23

_____
MICHELLE L. PETERSON
United States Magistrate Judge

ORDER - 1